**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 21, 2019**



**In The**

# Fourteenth Court of Appeals

## NO. 14-18-00980-CV

**HARRIS COUNTY APPRAISAL DISTRICT AND HARRIS COUNTY APPRAISAL REVIEW BOARD, Appellants**

**V.**

**CSC SERVICEWORKS, INC. AND APPLIANCE WAREHOUSE OF AMERICA, Appellees**

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2018-19851**

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed October 29, 2018. On March 8, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot